IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-CV-126

| | |
|---|---|
| LAWRENCE J. TRABER and ELGE L. TRABER, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ORDER ) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., et al. | ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed June 11, 2012. The parties were advised that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72, written objections to the memorandum and recommendation must be filed within 14 days after service of the same. Plaintiff timely filed an objection, and Defendant timely filed a response.

After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and Defendant's responses to the objections, the Court concludes that the recommendation to grant the Motions to Dismiss [#52 & #53] is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, and Defendants' Motions to Dismiss are GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: September 17, 2012

Graham C. Mullen
United States District Judge