# United States District Court
# For The Western District of North Carolina
# Asheville Division

Lawrence L. Traber et al,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:11-cv-00126

Mortgage Electronic Registration Systems, Inc. et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/17/12 Order.

Signed: September 17, 2012

Frank G. Johns, Clerk
United States District Court